IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RENE D. MORSE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CIVIL ACTION NO. _____ |
| v. | § | |
| | § | JURY |
| **AMERICAN SECURITY INSURANCE** | § | |
| **COMPANY AND PHILLIP S.** | § | |
| **ABERNATHY,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## NOTICE OF REMOVAL

Defendants American Security Insurance Company ("American Security") and Phillip S. Abernathy ("Abernathy") (collectively "Defendants") files this Notice of Removal pursuant to 28 U.S.C. Sections 1441 and 1446, as follows:

### Commencement and Service

1. On August 16, 2010, Plaintiff Rene D. Morse ("Plaintiff") commenced this action by filing an Original Petition ("Original Petition") in the 11th Judicial District Court of Harris County, Texas, styled Cause No. 10-DCV-182887; *Rene D. Morse v. American Security Insurance Company and Phillip S. Abernathy,* in the 11th District Court of Harris County, Texas.[1]

2. Defendant American Security was served with process through its registered agent on September 3, 2010.[2]

3. Defendants filed their original answer in state court on November 10, 2010.[3]

---

[1] *See* Exhibit B, Plaintiff's Original Petition.
[2] *See* Exhibit A, Citation served on the Corporation Service Company, American Security's registered agent.

4. Plaintiff's Original Petition did not identify the amount of damages sought by Plaintiff. As a result, Defendants could not ascertain from this initial pleading whether this case could be removed to federal court based on diversity jurisdiction. On November 10, 2010, Plaintiff delivered to Defendant a Notice Letter that identified the amount of damages sought by Plaintiffs.[4] Upon receipt of this Notice Letter, Defendant was, for the first time, able to ascertain the amount in controversy and to determine that this case is removable based on diversity jurisdiction.

5. This Notice of Removal is filed within thirty days of the receipt of service of Plaintiff's November 8, 2010, Notice Letter. This Notice of Removal is also filed within one year of the commencement of this action, and is thus timely pursuant to 28 U.S.C. § 1446(b).

**Grounds for Removal**

6. Defendant is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

**Diversity of Citizenship**

7. This is an action with complete diversity of citizenship between Plaintiff and Defendant.

8. Plaintiff is citizen of Texas.[5]

9. Defendant American Security Insurance Company is a foreign insurance company engaging in the business of insurance in Texas.[6]

10. Defendant Phillip S. Abernathy is a citizen of South Carolina.[7]

---

[3] *See* Exhibit B, Defendant's Original Answer.
[4] *See* Exhibit H, November 8, 2010, Notice Letter.
[5] *See* Exhibit B, Plaintiff's Original Petition ¶ 2.
[6] *See id.* at ¶ 3.

11.     No change of citizenship has occurred since commencement of the state court action.  Accordingly, diversity of citizenship exists among the parties.

### Amount in Controversy

11.     Plaintiff's November 10, 2010, Notice Letter demonstrates that the amount in controversy is greater than $75,000.00.  That letter demanded payment of a total of $385,000.00 as a result of Plaintiff's alleged damages.[8]  This amount includes: $225,000.00 in economic damages, $50,000.00 in mental anguish damages, and $110,000.00 for expenses including attorneys' fees.  Plaintiffs' Notice Letter demonstrates that the total amount in controversy in this action exceeds the sum of $75,000.00.

### Venue

12.     Venue lies in the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

### Notice

13.     Defendant will give notice of the filing of this notice of removal to all parties of record pursuant to 28 U.S.C. § 1446(d).  Defendant will also file with the clerk of the state court, and will serve upon Plaintiff's counsel, a notice of the filing of this notice of removal.

### Jury Demand

14.     Plaintiff has demanded a jury trial in the state court action.

---

[7] *See id.* at ¶ 4.
[8] *See* Exhibit H, November 10, 2010, Notice Letter.

## State Court Pleadings

15. Copies of all state court pleadings and orders are attached to this Notice of Removal.

## Exhibits to Notice of Removal

16. Pursuant to Rule 81 of the Local Civil Rules for the Southern District of Texas, the following documents are attached to this Notice as corresponding lettered exhibits:

- A. All executed process in the case;
- B. Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings;
- C. All orders signed by the state judge;
- D. Certified copy of the docket sheet;
- E. An index of matters being filed;
- F. A list of all counsel of record, including addresses, telephone numbers and parties represented;
- G. Civil Cover Sheet;
- H. Plaintiff's November 10, 2010, Notice Letter.

WHEREFORE, Defendant, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 11th Judicial District Court of Harris County, Texas to this Court.

Dated: November 18, 2010

Respectfully submitted,

By: *David T. McDowell w/p SAR.*

4

EMH 84980

        David T. McDowell
        State Bar No. 00791222
        Federal ID No. 18464

        Phoenix Tower
        3200 Southwest Freeway
        Suite 2920
        Houston, Texas 77027
        Telephone: (713) 337-5580
        Facsimile:  (713) 337-8850
        david.mcdowell@emhllp.com

        *Attorney-in-Charge for Defendant American Security Insurance Company*

Of Counsel:
Shannon A.S. Quadros
State Bar No. 24072766
Federal ID No. 1100369
EDISON, MCDOWELL & HETHERINGTON, LLP
Phoenix Tower
3200 Southwest Freeway
Suite 2920
Houston, Texas 77027
Telephone: (713) 337-5597
Facsimile:  (713) 337-8857
shannon.quadros@emhllp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on November 18, 2010, on the following counsel of record by certified mail, return receipt requested:

Amber Anderson Mostyn
THE MOSTYN LAW FIRM
3810 West Alabama Street
Houston, TX  77027

        _____
        Shannon A.S. Quadros

EMH 84980