# EXHIBIT A

9. 2936

CAUSE NO. 201050962

RECEIPT  NO. 406469              0.00        ATY
                      08-16-2010              TR # 72569767

PLAINTIFF: MORSE, RENE D                    In The: 11th
          vs.                                Judicial District Court
DEFENDANT: AMERICAN SECURITY INSURANCE COMPANY   P-2   of Harris County, Texas
                                             11TH DISTRICT COURT
                                             Houston, TX

CITATION (NON-RESIDENT)

THE STATE OF TEXAS                          **FILED**
County of Harris                            Loren Jackson
                                            District Clerk

                                            SEP 17 2010

TO: ABERNATHY, PHILLIP S                    Time: _____
    111 CHAPELWOOD DRIVE   COLUMBIA SC 292297113
                                            By _____
                                                      Deputy


      Attached is a copy of PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

This instrument was filed on the 16th day of August, 2010, in the above cited cause number
and court. The instrument attached describes the claim against you.

      YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:  This citation was issued on 20th day of August, 2010, under my hand and
seal of said Court.

Issued at request of:              LOREN JACKSON, District Clerk
ANDERSON, AMBER LYNN               Harris County, Texas
3810 WEST ALABAMA ST               201 Caroline      Houston, Texas 77002
HOUSTON, TX 77027                  (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 861-6616
Bar No.: 90001704                  GENERATED BY: CUERO, NELSON   7MM/U1K/8785861

----

STATE OF _____
                              OFFICER/AUTHORIZED PERSON RETURN
County of _____

PERSONALLY APPEARED before me, the undersigned authority, _____
who being by me duly sworn, deposes and says that in the County of _____
State of _____ , _____ he delivered to the within named defendants in person at the
following times and places to wit:

| NAME | DATE | | | TIME | | PLACE |
|------|------|---|---|------|---|-------|
| | MONTH | DAY | YEAR | HOUR | MIN | |

**AFFIDAVIT ATTACHED**

a true copy of this notice, with a copy of:

accompanying same; and further, that he is an adult and is in no manner interested in this suit
and is the person competent to make oath of the fact.

                                            _____
                                            Affiant/Deputy

On this day, _____ , known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____ , _____ .

   BY _____                        _____
         DEPUTY                              Notary Public

CAUSE NO. 2010-50962

MORSE, RENE D.
PLAINTIFF

IN THE DISTRICT COURT
HARRIS COUNTY, TEXAS
11TH JUDICIAL DISTRICT

VS.

AMERICAN SECURITY INSURANCE COMPANY
DEFENDANT

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day appeared __Pamela Johnson__ (SERVER), personally appeared before me and stated under oath as follows:

1. My name is __Pamela Johnson__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. **My business address is:**
__10 Kenmure Ct, Columbia, SC 29229__

2. ON __September 13, 2010__ (DATE) AT __6:10__ : _____ (**P**) M (TIME) – CITATION (NON- RESIDENT), PLAINTIFFS' ORIGINAL PETITION, PLAINTIFFS' REQUEST FOR DISCLOSURE TO DEFENDANT AMERICAN SECURITY INSURANCE COMPANY, PLAINTIFF'S REQUEST FOR DISCLOSURE TO DEFENDANT PHILLIP S. ABERNATHY. STANDING PRETRIAL ORDER CONCERNING RESIDENTIAL HURRICANE IKE CASES CAME TO HAND.

3. ON __September 13, 2010__ (DATE) AT __6:15__ (**P**) M (TIME) - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO PHILLIP S. ABERNATHY @
__111 Chapelwood Drive, Columbia, SC 29229__
(ADDRESS), BY PERSONAL SERVICE.

FURTHER AFFIANT SAYETH NOT.

_Pamela Johnson_
SERVERS SIGNATURE

_Pamela Johnson_
SERVERS PRINTED NAME

SWORN TO AND SUBSCRIBED before me by __Pamela Johnson__ (SERVER) appeared on this __13th__ day of __September__ 2010 to attest witness my hand and seal of office.

_Sherry M. Hatcher_
NOTARY PUBLIC IN AND
FOR THE STATE OF SC
Sherry M. Hatcher
Notary Public, South Carolina
My Commission Expires October 27, 2018

2010.08.2936

FILED
LOREN JACKSON
DISTRICT CLERK
HARRIS COUNTY TEXAS

2010 SEP 17 PM 2:45

BY _____
DEPUTY

Certified Document Number: 46399228 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ November 16, 2010 _____

Certified Document Number: ___46399228__ (Total Pages 2)


LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

B. 2893

| | RECEIPT NUMBER | 406469 | 0.00 |
| | TRACKING NUMBER | 72569768 | ATY |

CAUSE NUMBER    201050962

| PLAINTIFF: MORSE, RENE D | | In The    11th |
| vs. | *P-2* | Judicial District Court of |
| DEFENDANT: AMERICAN SECURITY INSURANCE COMPANY | | Harris County, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: AMERICAN SECURITY INSURANCE COMPANY BY SERVING ITS REGISTERED AGENT
    CORPORATION SERVICE COMPANY

    211 EAST 7TH STREET SUITE 620  AUSTIN TX 78701

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

This instrument was filed on the ___16th___ day of ___August_____, 20 _10_, in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___20th___ day of ____August_____, 20 __10_.

Issued at request of:
ANDERSON, AMBER LYNN
3816 WEST ALABAMA ST
HOUSTON, TX 77027
Tel: (713) 861-6616
Bar Number:  90001704

**LOREN JACKSON, District Clerk**
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Generated by: CUERO, NELSON   7MM/U1K/8785861

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at_____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____, _____,
                                                                                        (street address)                    (city)
in _____ County, Texas on the _____ day of _____, 20____, at_____ o'clock ___. M.,
by delivering to _____, by delivering to its
                                    (the defendant corporation named in citation)
_____, in person, whose  name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
                                                                (description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____
                                                        (additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20 ____.
FEE: $ _____     **Angela Clark**          By: _____
                          **SCH # 2729**                        (signature of officer)

*Angela Clark*                                  Printed Name: _____
Affiant Other Than Officer
                                                        As Deputy for: _____
                                                                            (printed name & title of sheriff or constable)
On this day, LOREN JACKSON DISTRICT CLERK_____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.
2010 SEP 14 AM 11: 58
SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 ____.

BY_____          _____
                 DEPUTY                                            Notary Public
N.INT.CITC.P

Certified Document Number: 46363082 - Page 1 of 2

NO. 2010-50962

**RENE D. MORSE**

**VS.**

**AMERICAN SECURITY INSURANCE COMPANY**

**IN THE DISTRICT COURT OF HARRIS COUNTY, T E X A S 11TH JUDICIAL DISTRICT**

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day personally appeared **ANGELA CLARK**, and stated under oath as follows:

1. My name is **ANGELA CLARK**. I am over eighteen (18) years of age, and I am in all respects competent to make this Affidavit. I am not a party to this case, and I have no interest in its outcome. This Affidavit is based upon personal knowledge, and the facts stated herein are true and correct. My business address is P. O. BOX 3796, HOUSTON, TEXAS, 77253-3796.

2. **On 8/25/2010 AT 12:00 P.M.** -- Citation Corporate, Plaintiff's Original Petition, Civil Case Information Sheet, Plaintiff's Request for Disclosure to Defendant American Security Insurance Company, Plaintiffs' Request for Disclosure to Defendant Phillip S. Abernathy, and Standing Pretrial Order Concerning Residential Hurricane Ike Cases, **CAME TO HAND**.

3. **On 9/3/2010 AT 11:14 A.M.** – The above-named documents were served upon **AMERICAN SECURITY INSURANCE COMPANY** by serving its registered agent, **CORPORATION SERVICE COMPANY**, by leaving with **SUE VERTRESS**, authorized to accept service on behalf of **CORPORATION SERVICE COMPANY**, at **211 EAST 7TH STREET, SUITE 620, AUSTIN, TEXAS, 78701**, by **CORPORATE SERVICE**.

**FURTHER AFFIANT SAITH NOT.**

_Angela Clark_
**ANGELA CLARK**
**ID #2729**

FILED
LOREN JACKSON

**SWORN TO AND SUBSCRIBED BEFORE ME** by ANGELA CLARK on this 13th day of September, 2010, to attest witness my hand and seal of office.

2010 SEP 14 AM 11:48

BY_____
    DEPUTY

2010.08.2893

JULIUS JALUFKA JR.
Notary Public, State of Texas
My Commission Expires
October 24, 2010

_Julius Jalufka_
**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

Certified Document Number: 46363082 - Page 2 of 2



I, Loren Jackson, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date
Witness my official hand and seal of office
this _____ November 16, 2010 _____

Certified Document Number: ___46363082_ (Total Pages 2)

LOREN JACKSON, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com



**CORPORATION SERVICE COMPANY**

BHY / ALL
**Transmittal Number: 7976466**
**Date Processed: 09/07/2010**

# Notice of Service of Process

| Primary Contact: | Ms. Susan Small |
| | Assurant Group |
| | 260 Interstate North Circle NW |
| | Atlanta, GA 30339-2111 |

| | |
|---|---|
| **Entity:** | American Security Insurance Company |
| | Entity ID Number  1874436 |
| **Entity Served:** | American Security Insurance Company |
| **Title of Action:** | Rene D. Morse vs. American Security Insurance Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court:** | Harris County District Court, Texas |
| **Case Number:** | 2010-50962 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 09/03/2010 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Amber Lynn Anderson |
| | 713-861-6616 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not
constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com